## OLIVER v. STATE. (No. 4738.)

(Court of Criminal Appeals of Texas. Dec. 5, 1917.)

CRIMINAL LAW ⚖➔1094—ABSENCE OF STATE-MENT OF FACT—EXTENT OF REVIEW.

Where there is neither statement of facts, nor bills of exception, and the points raised cannot be considered in the absence thereof, the judgment of conviction will be affirmed.

Appeal from Fayette County Court; George Willrich, Judge.

Theodore Oliver was convicted for failing and refusing to support his wife and minor children, and appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. From a conviction for unlawfully failing and refusing to support his wife and minor children who were in destitute circumstances, this appeal is prosecuted. But there is neither statement of facts nor bills of exception, and no points raised that can be considered in the absence of these.

The judgment is therefore affirmed.